IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA INC., | |
| Plaintiff, | No. C 06-06572 JSW |
| v. | **ORDER REQUIRING FURTHER BRIEFING ON PLAINTIFF'S MOTION TO AUTHORIZE ELECTRONIC MAIL SERVICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)** |
| FRIENDFINDER INC., et al. | |
| Defendants. | |

This matter is set for a hearing on April 20, 2007 on a motion to authorize electronic mail service under Federal Rule of Civil Procedure 4(f)(3) filed by Plaintiff Williams-Sonoma Inc.'s ("WSI"). None of the defendants named in the complaint have filed briefs in opposition to WSI's motion. The Court HEREBY ORDERS WSI to provide further briefing to the Court on whether electronic mail service would be allowed by the internal laws of the various countries in which they seek to serve the defendants.

WSI shall submit this briefing to the Court by no later than April 13, 2007.

**IT IS SO ORDERED.**

Dated: April 4, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE