UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ONLINE MARKETING SERVICES, LTD., a corporation, UNIMASTER, LTD., a corporation, ANDREJ KORCHEV, YETISCASH, a corporation, ALES LEXICO, VLADIMIR TECHL, DAVID GREENWALD, PRIVACY PROTECT, INC., ANDRE SCHNEIDER, SWEETHELDA BALLESTEROS, EDDIE MORGAN, UMESH CHANDRA RASTOGI, STEIN TVEDT and DOES 9 THROUGH 20,<br><br>    Defendants. | Case No. C 06-6572 JSW<br><br>**[PROPOSED] SUPPLEMENTAL ORDER AUTHORIZING ELECTRONIC MAIL SERVICE ON DEFENDANT ANDRE SCHNEIDER** |

On April 17, 2007, this Court entered an Order Granting in Part and Denying in Part, and Denying without Prejudice In Part, Plaintiff's Motion to Authorize Electronic Mail Service Under Federal Rule of Civil Procedure 4(f)(3).

As part of its Order, this Court granted Plaintiff leave to serve Defendant Andre Schneider via email, but instructed that Plaintiff must provide the Court with a proposed Order setting forth Defendant's email address by no later than April 27, 2007.  Plaintiff has so provided an email address as incorporated in this proposed Supplemental Order.

- 1 -

[Proposed] Supplemental Order Authorizing Electronic                    Williams-Sonoma, Inc. v. FriendFinder, Inc., et al.
Mail Service on Defendant Andre Schneider                                                              Case No. C 06-6572 JSW

1    IT IS HEREBY ORDERED THAT WILLIAMS-SONOMA, INC. IS GRANTED LEAVE TO
2  serve the amended complaint and summons on Defendant Andre Schneider at info@domcollect.com.

4    IT IS SO ORDERED.

DATED: April 26, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

61033268 v1

- 2 -

[Proposed] Supplemental Order Authorizing Electronic Mail Service on Defendant Andre Schneider

Williams-Sonoma, Inc. v. FriendFinder, Inc., et al.
Case No. C 06-6572 JSW