IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS-SONOMA INC.,

    Plaintiff,

  v.

FRIENDFINDER INC., et al.

    Defendants.

No. C 06-06572 JSW

**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT FOR REPORT AND RECOMMENDATION**

Pursuant to Northern District Civil Local Rule 72-1, Plaintiff's motion for default judgment is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purpose of preparing a Report and Recommendation on the motion. The hearing date set for October 26, 2007 is VACATED.

**IT IS SO ORDERED.**

Dated: September 20, 2007

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

cc: Wings Hom