1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 WILLIAMS-SONOMA, INC.,

10              Plaintiff,                  No. C 06-06572 JSW

11     v.

12 ONLINE MARKETING SERVICES, LTD., et      **ORDER REQUESTING**
al.                                  **SUPPLEMENTAL BRIEFING**

13

14              Defendants.

15 _____/

16       This matter comes before the Court upon consideration of the Report and

17 Recommendation issued by Magistrate Judge James regarding Plaintiff's motion for default

18 judgment. The Report suggests that Defendants have engaged in business with California

19 consumers. (*See* Report at 6:5-7, citing Cahn Decl. ¶¶ 3-7.) The Court, however, does not find

20 the Cahn Declaration to state that there have been actual transactions between California

21 consumers and Defendants' websites, *i.e.* that California residents have purchased images from

22 Defendants. Accordingly, Plaintiff is HEREBY ORDERED to submit supplemental briefing

23 that demonstrates actual transactions between California residents and Defendants' website or

24 to provide additional authority demonstrating why the lack of such contacts is immaterial to a

25 finding that Defendants have purposefully availed themselves of the benefits of this forum.

26 Plaintiff's supplemental brief shall be due by no later than January 18, 2008, unless Plaintiff

27

28

establishes good cause for an extension of this deadline.

**IT IS SO ORDERED.**

Dated: January 4, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE