1   TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (State Bar No. 111536)
2   TIMOTHY R. CAHN (State Bar No. 162136)
    MEGAN M. CHUNG (State Bar. No. 232044)
3   Two Embarcadero Center, Eighth Floor
    San Francisco, California 94111-3834
4   Telephone:  (415) 576-0200
    Facsimile:  (415) 576-0300
5   Email: gsgilchrist@townsend.com;
           trcahn@townsend.com;
6          mmchung@townsend.com

7   Attorneys for Plaintiff
    WILLIAMS-SONOMA, INC.

8

9                   UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  WILLIAMS-SONOMA, INC., a California          Case No. C 06-6572 JSW (MEJ)
    corporation,
13                                               [PROPOSED] ORDER GRANTING
                                                 ADMINISTRATIVE MOTION FOR
14              Plaintiff,                        AN ORDER PERMITTING THE
                                                 FILING UNDER SEAL OF CERTAIN
15          v.                                   PORTIONS OF THE
                                                 DECLARATION OF TIMOTHY R.
16  ONLINE MARKETING SERVICES, LTD., et          CAHN IN SUPPORT OF PLAINTIFF
    al.,                                         WILLIAMS-SONOMA, INC.'S
17                                               SUBMISSION FOR AN AWARD OF
                Defendants.                      ATTORNEY'S FEE AND COSTS
18                                               PURSUANT TO COURT ORDER
                                                 DATED MARCH 4, 2008
19

20                                               Hon. Jeffrey S. White

21

22

23

24

25

26

27

28

1      The Court having considered Plaintiff Williams-Sonoma, Inc.'s Administrative Motion for an

2    Order Permitting the Filing Under Seal of Certain Portions of Declaration of Timothy R. Cahn

3    submitted pursuant to the Court's Order dated March 4, 2008, and good cause appearing,

4      IT IS HEREBY ORDERED that the clerk's office shall accept for filing under seal the

5    previously-lodged sealed copy of Declaration of Timothy R. Cahn In Support of Plaintiff Williams-

6    Sonoma, Inc.'s Submission For An Award of Attorney's Fee and Costs Pursuant to Court Order Dated

7    March 4, 2008.

DATED: March 24, 2008

_____
Jeffrey S. White
UNITED STATES DISTRICT JUDGE

61318681 v1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING
THE FILING UNDER SEAL OF CERTAIN PORTIONS OF DECLARATION OF TIMOTHY R. CAHN
Case No. C 97-4617 (VRW)

2