IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS-SONOMA INC.,

    Plaintiff,

v.

FRIENDFINDER INC., et al.

    Defendants.

No. C 06-06572 JSW

**ORDER AWARDING ATTORNEYS' FEES AND COSTS**

Pursuant to this Court's Order dated March 4, 2008, Adopting in Part and Modifying in Part the Report and Recommendation on Defendant's Motion for Default Judgment, the Court has considered Plaintiff's supplemental submission regarding the attorneys' fees and costs it has incurred in connection with this litigation. The Court finds Plaintiff's request for $100,000.00 in attorney's fees to be reasonable. The Court also awards Plaintiff $590.00 in costs.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall recover as damages from the Defaulting Defendants, jointly and severally, $100,000.00 in attorneys' fees and $590.00. If Plaintiff wishes the Court to reduce this matter to judgment at this time, rather than awaiting the results of an accounting, it should submit a proposed form of judgment to the Court.

**IT IS SO ORDERED.**

*Jeffrey S. White*

1  Dated: March 28, 2008

2  JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE